United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___17___ CV __2304 WFK-SMG__

indicated that this case is related to the following case(s):

__13-cr-602_PKC_

_____15-cr-252 PKC_____