# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 17-CV-2304 WFK-SMG

Date Filed: _____

**Plaintiff:**
**The Confederation of North, Central American and Caribbean Association Football**

vs.

**Defendant:**
**Austin Jack Warner, Charles Blazer, et al.**

**State of New York, County of Albany)ss.:**

For:
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Received these papers to be served on **En Passant Inc.**.

I, James Boland, being duly sworn, depose and say that on the **9th day of June, 2017** at **2:30 pm**, I:

Served the within named corporation by delivering a true copy of the **Summons In A Civil Action Filed 04/19/17, Complaint (Jury Trial Demanded) with Exhibits Filed 04/18/17, Rule 7.1 Statement, Civil Cover Sheet, Certification of Arbitration Eligibility, Disclosure Statement - Federal Rules Civil Procedure 7.1, Related Case Statement (Section VIII on the Front of this Form), NY-E Division of Business Rule 50.1(d)(2) and Bar Admission Filed 04/18/17 pursuant to section 307 BCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty as Business Document Specialist of New York State Department of State, 99 Washington Avenue, Albany, NY 12207. Deponent enclosed a copy thereof with notice in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business and/or Registered Agent: 7033 Sunnybank Drive, Fort Worth, TX 76137. Registered Mailing Receipt No: RR 842 234 520 US

**Description** of Person Served: Age: 59, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

Subscribed and Sworn to before me on the 14th day of June, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2018

Our Job Serial Number: 2017001452
Ref: 1422333

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x