# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 17-CV-2304 WFK-SMG

Date Filed: _____

Plaintiff:
**The Confederation of North, Central American and Caribbean Association Football**

vs.

Defendant:
**Austin Jack Warner, Charles Blazer, et al.**

State of New York, County of Albany)ss.:

For:
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Received these papers to be served on **Sportvertising, Inc. s/h/a Sportvertising (NY)**.

I, James Boland, being duly sworn, depose and say that on the **9th day of June, 2017** at **2:30 pm**, I:

Served Sportvertising, Inc. s/h/a Sportvertising (NY) by delivering two true copies of the **Summons In A Civil Action Filed 04/19/17, Complaint (Jury Trial Demanded) with Exhibits Filed 04/18/17, Rule 7.1 Statement, Civil Cover Sheet, Certification of Arbitration Eligibility, Disclosure Statement - Federal Rules Civil Procedure 7.1, Related Case Statement (Section VIII on the Front of this Form), NY-E Division of Business Rule 50.1(d)(2) and Bar Admission Filed 04/18/17 pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty as Business Document Specialist of The New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 59, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

_____
**James Boland**
Process Server

Subscribed and Sworn to before me on the 14th day of June, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2018

Our Job Serial Number: 2017001451
Ref: 1422324

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x