

| | | | |
|---|---|---|---|
| | SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>+1 212 839 5300<br>+1 212 839 5599 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CENTURY CITY<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| | jkuster@sidley.com<br>(212) 839 7336 | FOUNDED 1866 | | |

July 13, 2017

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

   Re: <u>The Confederation of North, Central American and Caribbean Association
      Football v. Austin Jack Warner, et al., Case No. 1:17-CV-2304 (WFK) (SMG).</u>

Dear Judge Kuntz:

  We represent Plaintiff in the above-referenced matter, the Confederation of North, Central American and Caribbean Association Football ("CONCACAF"). I am writing with respect to our letter motion filed yesterday requesting an alternative method of service and an extension of time for service as to Charles Blazer ("Blazer" or "Mr. Blazer") and one of his entities, En Passant Inc. ("En Passant"). ECF No. 13.

  After we filed our letter, it came to our attention through public reports that Mr. Blazer passed away yesterday, July 12, 2017.[1] In light of this recent event, we respectfully request permission to withdraw the letter request regarding service on Mr. Blazer. With respect to En Passant Inc. ("En Passant") CONCACAF originally requested a 14-day extension of time beyond the original deadline of July 17, 2017 within which to serve En Passant via service on Mr. Blazer. As that alternative service is no longer possible, CONCACAF respectfully requests a 90-day extension of the time within which to serve En Passant, as CONCACAF may seek to make a substitution of party with respect to claims involving Mr. Blazer within the next 90 days as permitted by Fed. R. Civ. P. 25(a)(1). CONCACAF also filed today a statement noting the death of Mr. Blazer pursuant to that rule as well.

---

[1] *Chuck Blazer, Who Touched Off Soccer Scandal, Dead at 72*, THE WALL STREET JOURNAL (July 12, 2017), https://www.wsj.com/articles/chuck-blazer-who-touched-off-soccer-scandal-dead-at-72-1499916625 (last accessed July 13, 2017).

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Honorable William Kuntz, II
July 13, 2017
Page 2

                      Respectfully Submitted,

                      /s/ John J. Kuster

                      John J. Kuster
                      (jkuster@sidley.com)
                      SIDLEY AUSTIN LLP
                      787 7th Avenue
                      New York, NY 10019
                      212-839-5300

                      *Counsel for CONCACAF*