UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE CONFEDERATION OF NORTH, CENTRAL :
AMERICAN AND CARIBBEAN ASSOCIATION :
FOOTBALL, :
           :
      Plaintiff, :
           :
    - against - :
           :
           :
AUSTIN JACK WARNER, CHARLES BLAZER, :
SPORTVERTISING (NY), SPORTVERTISING :
(CAYMAN), EN PASSANT LTD., EN :
PASSANT INC., MULTISPORT GAMES :
DEVELOPMENT INC., :
           :
      Defendants. :
           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 17-CV-02304 (WFK)(SMG)

**<u>SUGGESTION OF DEATH OF
CHARLES "CHUCK" BLAZER</u>**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, John J. Kuster, counsel

to the plaintiff, the Confederation of North, Central American, and Caribbean Association

Football ("CONCACAF"), in the above-titled case, suggests on the record in this action the

death of Charles "Chuck" Blazer, a named defendant. Charles Blazer died on Wednesday, July

12, 2017.

Dated: New York, New York
July 13, 2017

By:      /s/ John J. Kuster
John J. Kuster
Timothy J. Treanor
Richard J. Widmann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax: (212) 839-5599
jkuster@sidley.com
ttreanor@sidley.com
rwidmann@sidley.com

*Attorneys for Plaintiff
CONCACAF.*