# EXHIBIT 2

I write further to your email dated March 1, 2019 requesting assistance regarding the service of documents on Austin Jack Warner. Please provide some further information such as the name of the Court where the substantive matter is filed, the claim number and parties to the action.

Regards

Tricia