# EXHIBIT 4

THE REPUBLIC OF TRINIDAD AND TOBAGO

IN THE HIGH COURT OF JUSTICE

FP002/2017

CERTIFICATE ISSUED PURSUANT TO PART 76.2(5) OF THE CIVIL PROCEEDINGS RULES 1998 (AS AMENDED) OF THE SUPREME COURT OF JUDICATURE OF THE REPUBLIC OF TRINIDAD AND TOBAGO IN RESPECT OF THE SERVICE OF FOREIGN PROCESS IN

CIVIL CLAIM NO. 1:17-CV-2304 WFK-SMG

THE CONFEDERATION OF NORTH, CENTRAL AMERICA AND
CARIBBEAN ASSOCIATION FOOTBALL
PLAINTIFF

VS

AUSTIN JACK WARNER, CHARLES BLAZER, SPORTVERTISING (NY), SPORTVERTISING (CAYMAN), EN PASSANT LTD., EN PASSANT INC., MULTISPORT GAMES DEVELOPMENT INC.,
DEFENDANT

I, **NIRALA BANSEE-SOOKHAI,** Acting Registrar of the Supreme Court of Judicature of the Republic of Trinidad and Tobago **DO HEREBY CERTIFY** that a sealed copy of the documents hereinafter listed were served personally on Austin Jack Warner, the first defendant herein on Wednesday 4th May 2017 at 10:55 am at Knox Street, Port of Spain in the island of Trinidad in the Republic of Trinidad and Tobago by Ena Dalton, Marshal's Assistant of the Supreme Court of Judicature of the Republic of Trinidad and Tobago in accordance with Part 76.2 (2) of the Civil Proceedings Rules 1998 (as amended).

a. Complaint;
b. Exhibits;
c. Summons; and
d. Rule 7.1 Disclosure

The filed affidavit of service of Ena Dalton, Marshal's Assistant of the Supreme Court of Judicature of the Republic of Trinidad and Tobago is hereto annexed.

Dated this 1st day of November, 2017

Nirala Bansee-Sookhai
Registrar (Ag.)
Supreme Court of Judicature of the Republic of Trinidad and Tobago

TO: The Honourable Minister of Foreign and CARICOM Affairs of the Republic of Trinidad and Tobago.