**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE CONFEDERATION OF NORTH, CENTRAL AMERICAN AND CARIBBEAN ASSOCIATION FOOTBALL,<br><br>        Plaintiff,<br><br>    - against -<br><br>AUSTIN JACK WARNER, CHARLES BLAZER, SPORTVERTISING (NY), SPORTVERTISING (CAYMAN), EN PASSANT LTD., EN PASSANT INC., MULTISPORT GAMES DEVELOPMENT INC.,<br><br>        Defendants. | **[PROPOSED] CERTIFICATE OF DEFAULT**<br>No. 1:17-CV-02304 (WFK) (SMG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Austin Jack Warner has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Defendant Austin Jack Warner is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:  New York, New York
    April __, 2019

                  DOUGLAS C. PALMER, Clerk of Court


                  By:_____
                    Deputy Clerk