```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE CONFEDERATION OF NORTH, CENTRAL
AMERICAN AND CARIBBEAN ASSOCIATION
FOOTBALL,                                                          JUDGMENT
                                                                   17-CV-02304 (WFK) (SMG)


                            Plaintiff,

          -against-

AUSTIN JACK WARNER, THE ESTATE OF
CHARLES BLAZER, ELIZABETH MANZO,
ESQ., Administrator CT A, substituted as parties on
behalf of CHARLES BLAZER,
SPORTVERTISING (NY), SPORTVERTISING
(CAYMAN), EN PASSANT LTD., ENPASSANT
INC., MULTISPORT GAMES DEVELOPMENT
INC.,
                            Defendants.
---------------------------------------------------------------X
```

Defendant, the Estate of Charles Blazer, Elizabeth Manzo, Esq., Administrator CTA (together, the "Blazer Estate"), substituted in the above-titled action as a defendant in the place of Charles Blazer, Sportvertising (NY), Sportvertising (Cayman), En Passant Ltd., En Passant Inc., and Multisport Games Development Inc. having offered Plaintiff to take a judgment against it, in the total gross amount of $20,000,000.00, inclusive of any and all compensatory, punitive and/or liquidated damages, interest, reasonable attorneys' fees, costs and expenses incurred in connection with this lawsuit, to which CONCACAF is allegedly entitled by law; it is

ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff and against Defendant the Estate of Charles Blazer, Elizabeth Manzo, Esq., Administrator CTA (together, the "Blazer Estate"), substituted in the above-titled action as a defendant in the place of Charles Blazer, Sportvertising (NY),

Sportvertising (Cayman), En Passant Ltd., En Passant Inc., and Multisport Games Development Inc., in total gross amount of $20,000,000.00, inclusive of any and all compensatory, punitive and/or liquidated damages, interest, reasonable attorneys' fees, costs and expenses incurred in connection with this lawsuit, to which CONCACAF is allegedly entitled by law.

| | |
|---|---|
| Dated: Brooklyn, New York<br>April 5, 2019 | Douglas C. Palmer<br>Court of The Clerk |
| | by:<u>/s/ Jalitza Poveda</u><br>Deputy Clerk |