UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

THE CONFEDERATION OF NORTH, CENTRAL AMERICAN AND CARIBBEAN ASSOCIATION FOOTBALL,

                Plaintiff,

- against -

AUSTIN JACK WARNER, THE ESTATE OF CHARLES BLAZER, ELIZABETH MANZO, ESQ., Administrator CTA, substituted as parties on behalf of CHARLES BLAZER, SPORTVERTISING (NY), SPORTVERTISING (CAYMAN), EN PASSANT LTD., EN PASSANT INC., MULTISPORT GAMES DEVELOPMENT INC.,

                Defendants.

---------------------------------------x

[PROPOSED] DEFAULT JUDGMENT

No. 1:17-CV-02304 (WFK) (SMG)

      The Complaint filed on April 18, 2017, having been duly served on Defendant Austin Jack Warner and said Defendant having failed to plead or otherwise defend in this action against Plaintiff's claims, and said default having been duly noted, and upon the annexed Notation of Default.

      NOW, on motion of Plaintiff, it is hereby

      ORDERED and ADJUDGED that default judgment shall be entered against Defendant Austin Jack Warner on all four counts in the Complaint;

      ORDERED and ADJUDGED that Plaintiff is awarded judgment on its claims against Defendant Austin Jack Warner in an amount to be determined by subsequent Order based on evidence of damages submitted by affidavit.



COURT'S EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 17-CV-2304
DATE: 6-24-19

Dated: New York, New York
June 24, 2019

                                                  s/WFK
                               _____
                              By: The Honorable William F. Kuntz II
                                 United States District Court Judge