**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE CONFEDERATION OF NORTH, CENTRAL :
AMERICAN AND CARIBBEAN ASSOCIATION : No. 1:17-CV-02304 (WFK) (SMG)
FOOTBALL, :
                            Plaintiff, :

                    - against - :

AUSTIN JACK WARNER, THE ESTATE OF :
CHARLES BLAZER, ELIZABETH MANZO, :
ESQ., Administrator CTA, substituted as parties on :
behalf of CHARLES BLAZER, :
SPORTVERTISING (NY), SPORTVERTISING :
(CAYMAN), EN PASSANT LTD., EN :
PASSANT INC., MULTISPORT GAMES :
DEVELOPMENT INC., :
                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF PLAINTIFF'S INQUEST FOR DAMAGES, ATTORNEY'S FEES, AND PRE- AND POST-JUDGMENT INTEREST

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Inquest For Damages, Attorney's Fees, And Pre- And Post-Judgment Interest, and upon the Declarations of John J. Kuster, Daniel Ventricelli, and David Cruz in Support of Plaintiff's Inquest For Damages, Attorney's Fees, And Pre- And Post-Judgment Interest and Exhibits thereto, Plaintiff, the Confederation of North, Central American, and Caribbean Association Football ("CONCACAF"), will move this Court before the Honorable William F. Kuntz, II, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for a judgment of damages, against Defendant Austin Jack Warner.

Dated: July 3, 2019

      By:   /s/ John J. Kuster
      John J. Kuster
      Pouneh Aravand
      Patricia R. Butler
      Heidi Savabi
      SIDLEY AUSTIN LLP
      787 Seventh Avenue
      New York, NY 10019
      Tel: (212) 839-5300
      Fax: (212) 839-5599
      jkuster@sidley.com
      paravand@sidley.com
      pbutler@sidley.com
      hsavabi@sidley.com

*Attorneys for Plaintiff CONCACAF.*