# EXHIBIT F

# SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE                FEDERAL ID 36-4474078

Warner

July 3, 2019

CONCACAF
161 NW 6th Street
Suite 1100
Miami Beach, FL  33136

PLEASE INDICATE MATTER
NUMBER ON REMITTANCE
Invoice Number   07032019
Matter Number 55315-40040

RE:  CONCACAF / Indicated Defendants Claims Analysis

For professional services rendered

| Date | Name | Hours | Narrative | Value |
| --- | --- | --- | --- | --- |
| 12/16/2016 | Widmann, Richard J. | 0.75 | Begin reviewing research regarding potential claims against Warner and his potential defenses. | 337.50 |
| 12/18/2016 | Widmann, Richard J. | 1.5 | Review legal research regarding Blazer causes of action. | 675.00 |
| 1/4/2017 | Widmann, Richard J. | 1 | Review claims related to Blazer including RICO allegations | 560.00 |
| 1/5/2017 | Widmann, Richard J. | 2 | Review legal analysis for Blazer claims; run asset check | 1,120.00 |
| 1/6/2017 | Widmann, Richard J. | 1.5 | Research and analyze contract law regarding Blazer's Sportvertising agreement for claims analysis | 840.00 |
| 1/19/2017 | Widmann, Richard J. | 1.75 | Conduct additional research on Warner/Blazer claims and defenses | 980.00 |
| 1/19/2017 | Widmann, Richard J. | 1 | Review claims analysis and update with J. Kuster | 560.00 |
| 1/19/2017 | Kuster, John J. | 1 | Address additional issues concerning potential claims against Blazer, Warner w/ R. Widmann of claims and potential defenses; additional research re same | 1,125.00 |
| 1/20/2017 | Aravand, Pouneh | 1.5 | Review cost analysis | 1,117.50 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 1/25/2017 | Aravand, Pouneh | 1.75 | Review calculations; identify additional damages; analyze payments | 1,303.75 |
| 1/25/2017 | Kuster, John J. | 1.25 | Revise civil claims analyses for memo to CONCACAF Senior Management | 1,406.25 |
| 2/1/2017 | Kuster, John J. | 0.5 | Review additional cases re: potential damages and claims against defendants | 562.50 |
| 2/21/2017 | Widmann, Richard J. | 1.75 | Review and research Blazer and Warner damages issues | 980.00 |
| 4/6/2017 | Widmann, Richard J. | 1.5 | Draft J. Warner complaint. | 840.00 |
| 4/9/2017 | Widmann, Richard J. | 2.25 | Draft Warner complaint regarding indictment related claims and research for same | 1,260.00 |
| 4/10/2017 | Widmann, Richard J. | 1.5 | Research fact issues re: Blazer service of process issues | 840.00 |
| 4/10/2017 | Widmann, Richard J. | 1.75 | Finalize complaint for Warner. | 980.00 |
| 4/10/2017 | Widmann, Richard J. | 0.5 | Meeting with J. Kuster regarding Warner complaint and Blazer additions. | 280.00 |
| 4/10/2017 | Widmann, Richard J. | 2.5 | Revise Warner complaint with additional allegations re Blazer and Blazer entities. | 1,400.00 |
| 4/10/2017 | Kuster, John J. | 2 | Issues concerning Warner and Blazer complaint; review same; telephone conference with R. Widmann concerning same | 2,250.00 |
| 4/12/2017 | Widmann, Richard J. | 1.75 | Draft complaint including all allegations against Warner and Blazer and Blazer identities. | 980.00 |
| 4/12/2017 | Widmann, Richard J. | 0.75 | Search NY and NJ title and real estate records for Chuck Blazer owned properties | 420.00 |
| 4/12/2017 | Kuster, John J. | 1.75 | Revise draft complaint re: Blazer and Warner; emails with team concerning same | 1,968.75 |
| 4/13/2017 | Widmann, Richard J. | 0.75 | Revise complaint and incorporate J. Kuster's edits. Research Civil RICO claims and revise complaint as necessary. | 420.00 |
| 4/13/2017 | Widmann, Richard J. | 1.5 | Research Blazer entities to determine incorporation and place of business; update "Parties" section of complaint allegations. | 840.00 |
| 4/14/2017 | Aravand, Pouneh | 1.75 | Review and revise complaint | 1,303.75 |
| 4/17/2017 | Widmann, Richard J. | 1.5 | Review Complaint, finalize law and claims with respect to Warner and Blazer; coordinate with docketing for proper filing. | 840.00 |
| 4/17/2017 | Widmann, Richard J. | 0.75 | Call with P. Aravand and J. Kuster to finalize complaint before filing. | 420.00 |
| 4/17/2017 | Aguilar, Sophia Celine | 1 | Prepare exhibits for complaint for R. Widmann | 275.00 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 4/17/2017 | Aravand, Pouneh | 1.5 | Revise and file complaint; telephone call with J. Kuster, R. Widmann re same | 1,117.50 |
| 4/17/2017 | Kuster, John J. | 1.5 | Finalize complaint against Warner; confer with local counsel , P. Aravand, R. Widmann regarding same; email with B. Carvalho regarding same | 1,687.50 |
| 4/18/2017 | Kuster, John J. | 0.5 | Review issues re: service of process; emails with local counsel regarding same | 562.50 |
| 4/19/2017 | Widmann, Richard J. | 1 | Coordinate with docketing regarding Blazer filing; update summons, review finalized email to court. | 560.00 |
| 4/21/2017 | Widmann, Richard J. | 1 | Review docketing paperwork, coordinate with P. Aravand and R. Murray from docketing regarding Blazer's refusal of delivery at original address. | 560.00 |
| 4/26/2017 | Widmann, Richard J. | 0.5 | Meeting with P. McGowan regarding service of process to Blazer; review public media reports regarding Warner's alleged lawsuit of CONCACAF. | 280.00 |
| 5/1/2017 | Widmann, Richard J. | 0.75 | Meeting with P. McGowan on C. Blazer service of process update; call J. Kuster for service of Jack Warner in Trinidad; review local counsel instructions on service of Warner in Trinidad. | 420.00 |
| 5/5/2017 | Widmann, Richard J. | 1.75 | Research letters rogatory and procedures for the EDNY for proper service of foreign individual in foreign country; coordinate with P. McGowan on proper docketing procedures. | 980.00 |
| 5/5/2017 | Aravand, Pouneh | 1 | Discuss service to Warner/Blazer and letters interrogatory with senior team; review drafts | 745.00 |
| 5/8/2017 | Widmann, Richard J. | 1.25 | Draft initial motion for letters rogatory and pre-motion letter for submission in EDNY. Review local rules regarding proper filing and coordinate with P. McGowan regarding docketing. | 700.00 |
| 5/10/2017 | Widmann, Richard J. | 0.5 | Call with process server regarding service of process on Chuck Blazer. | 280.00 |
| 5/10/2017 | Aravand, Pouneh | 1.75 | Revise letters interrogatory; consult with team and local counsel regarding service to warner/Blazer | 1,303.75 |
| 5/11/2017 | Widmann, Richard J. | 2.25 | Finalize letter rogatory filing per J. Kuster and P. Aravand review; coordinate with docketing regarding filing. | 1,260.00 |
| 5/11/2017 | Kuster, John J. | 0.5 | Revise letters rogatory for Warner in light of local counsel comments; emails with team regarding same | 562.50 |
| 5/12/2017 | Widmann, Richard J. | 0.75 | Finalize filing for letter rogatory; provide materials for courtesy copy. | 420.00 |
| 5/23/2017 | Kuster, John J. | 0.5 | Address service of process issues; emails with team concerning same | 562.50 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 6/7/2017 | Widmann, Richard J. | 0.75 | Follow-up with process server and local counsel in Trinidad regarding service of process of Warner and Blazer | 420.00 |
| 6/7/2017 | Widmann, Richard J. | 1.25 | Review FRCP and Hague convention for rules regarding service of process of corporations in Cayman Islands; research acceptable means of service and coordinate with docket to effect service on Blazer entities. | 700.00 |
| 6/8/2017 | Widmann, Richard J. | 0.5 | Coordinate with process server, review rules for serving corporations. Prepare files and quality control service papers; arrange for sending to process server | 280.00 |
| 6/8/2017 | Wickersham, Alec | 0.75 | Prepare service documents for process server | 206.25 |
| 6/19/2017 | Widmann, Richard J. | 1 | Begin drafting letter-motion regarding alternative methods of service | 560.00 |
| 6/19/2017 | Widmann, Richard J. | 0.75 | Draft email summary for J. Kuster regarding research on service of process; review research regarding service of process under the Hague Convention. | 420.00 |
| 6/23/2017 | Widmann, Richard J. | 0.75 | Review Hague Convention Articles and local counsel email regarding Trinidad service of process. | 420.00 |
| 6/23/2017 | Widmann, Richard J. | 0.5 | Review and finalize letter to Cayman Grand Court regarding service of process; send to J. Kuster for finalization/review. | 280.00 |
| 6/23/2017 | Widmann, Richard J. | 0.5 | Call with local counsel regarding Trinidad service of process. | 280.00 |
| 6/23/2017 | Widmann, Richard J. | 1.5 | Begin drafting affidavits for process of service; coordinate with process server | 840.00 |
| 7/10/2017 | Widmann, Richard J. | 1.5 | Finalize motion for J. Kuster review; coordinate with H. Savabi regarding case law and exhibit updates. | 840.00 |
| 7/10/2017 | Wickersham, Alec | 0.25 | Prepare exhibits to CONCACAF v. Warner letter motion | 68.75 |
| 7/10/2017 | Kuster, John J. | 0.5 | Review cases re: alternative service; telephone conference with R. Widmann regarding same | 562.50 |
| 7/10/2017 | Widmann, Richard J. | 0.5 | Call with J. Kuster regarding motion for extension of time for service and alternative methods. | 280.00 |
| 7/11/2017 | Widmann, Richard J. | 1.5 | Conduct final additional research regarding service issues; review J. Kuster's edits and incorporate for final review. | 840.00 |
| 7/11/2017 | Wickersham, Alec | 0.75 | Prepare mailing to Cayman Islands counsel for service of Sportvertising | 206.25 |
| 7/11/2017 | Kuster, John J. | 0.5 | Review and revise letter to court re: alternative service | 562.50 |

# SIDLEY

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 7/12/2017 | Widmann, Richard J. | 0.75 | Coordinate with Docket Dept. and finalize letter motion; file with EDNY. | 420.00 |
| 7/13/2017 | Widmann, Richard J. | 1.75 | Meet with J. Kuster; draft letter to court re: C. Blazer's death; file letter to court | 980.00 |
| 7/13/2017 | Wickersham, Alec | 1.25 | Create binder of key supporting documents in CONCACAF v. Warner et al. | 343.75 |
| 8/2/2017 | Widmann, Richard J. | 1.25 | Research case law regarding the effect of death and abatement on a guilty plea and future forfeiture | 700.00 |
| 8/3/2017 | Widmann, Richard J. | 1.5 | Research regarding abatement and strategy of claims against defendants in light of Blazer's death | 840.00 |
| 8/7/2017 | Widmann, Richard J. | 0.75 | Review local counsel's letter response to Trinidad for service; finalize and send on behalf of J. Kuster to Trinidad Registrar. | 420.00 |
| 8/8/2017 | Kuster, John J. | 0.25 | Address issues and letters concerning service of process in Trinidad | 281.25 |
| 8/10/2017 | Widmann, Richard J. | 1.25 | Serviceof process on En Passant Ltd., discuss alternative options; coordinate with process server regarding Blazer death records. | 700.00 |
| 8/11/2017 | Widmann, Richard J. | 0.5 | Email local counsel regarding response to registrar and update for service of J. Warner. | 280.00 |
| 8/14/2017 | Widmann, Richard J. | 0.5 | Review letter from local counsel, send to J. Kuster for signature regarding Warner Trinidad service. | 280.00 |
| 9/8/2017 | Widmann, Richard J. | 0.75 | Review Warner claims regarding costs arguments and analysis. | 420.00 |
| 9/26/2017 | Widmann, Richard J. | 1.5 | Begin drafting motion for substitution and conduct relevant research concerning court jurisdiction over foreign executors | 840.00 |
| 9/26/2017 | Widmann, Richard J. | 0.5 | Research FRCP 25 and motion for substitution cases | 280.00 |
| 9/27/2017 | Widmann, Richard J. | 1 | Research and review case law regarding substitution of parties | 560.00 |
| 9/28/2017 | Widmann, Richard J. | 0.75 | Draft letter to M. Blazer; send to J. Kuster for review with relevant case law from research. | 420.00 |
| 9/28/2017 | Widmann, Richard J. | 0.5 | Coordinate with Cayman counsel regarding service of process  of defendant in Cayman Islands | 280.00 |
| 10/4/2017 | Widmann, Richard J. | 1 | Draft letter to EDNY court and email to client regarding necessary next steps and procedures for substituting in the Blazer estate. | 560.00 |
| 10/5/2017 | Widmann, Richard J. | 0.5 | Review Cayman Grand Court response to attempt of service on Sportvertising, Ltd. In the Caymans; update J. Kuster on status of service. | 280.00 |
| 10/5/2017 | Kuster, John J. | 1 | Review draft letter to Court; email to client re: substitution strategy and procedure; address service of process issues with R. Widmann | 1,125.00 |
| 1/4/2018 | Widmann, Richard J. | 0.25 | Finalize letter of extension request to Magistrate Judge Gold in connection with Blazer EDNY matter 17-CV-2304 | 168.75 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 1/30/2018 | Kuster, John J. | 0.5 | Address substitution issues regarding Blazer | 600.00 |
| 1/31/2018 | Wickersham, Alec | 0.25 | Assist R. Widmann with letter to J. Avelino re: Blazer EDNY matter | 68.75 |
| 2/4/2018 | Kuster, John J. | 1 | Revise and finalize letter to court re: extension; telephone call with R. Widmann concerning same | 1,200.00 |
| 2/5/2018 | Widmann, Richard J. | 0.5 | Call with J. Kuster and P. McGowan regarding filing deadlines and extension | 337.50 |
| 2/5/2018 | Widmann, Richard J. | 0.5 | Begin drafting Rule 25 motion for substitution | 337.50 |
| 2/23/2018 | Widmann, Richard J. | 1.75 | Draft and research motion for substitution in Blazer EDNY matter | 1,181.25 |
| 2/24/2018 | Widmann, Richard J. | 1.75 | Finalize briefing with J. Kuster edits for EDNY motion for substitution | 1,181.25 |
| 2/24/2018 | Butler, Patricia | 2.5 | Cite check the motion for substitution and accompanying declaration | 1,187.50 |
| 2/25/2018 | Widmann, Richard J. | 1.25 | Review and finalize J. Kuster edits for motion for substitution; prepare for filing | 843.75 |
| 2/25/2018 | Kuster, John J. | 1.5 | Review Rule 25 substitution papers and revise same; telephone conference with R. Widmann concerning same | 1,800.00 |
| 2/26/2018 | Widmann, Richard J. | 0.5 | Call with P. McGowan regarding filing of motion to substitute | 337.50 |
| 2/26/2018 | Widmann, Richard J. | 1.5 | Finalize motion for substitution with J. Kuster; proceed with filing in accordance with EDNY rules. | 1,012.50 |
| 2/26/2018 | Widmann, Richard J. | 0.5 | Draft notice of motion for motion for substitution | 337.50 |
| 2/26/2018 | Butler, Patricia | 0.5 | Draft certificate of service for motion for substitution | 237.50 |
| 3/6/2018 | Widmann, Richard J. | 0.5 | Review J. Kuster email summary and discuss next steps in Blazer EDNY matters | 337.50 |
| 4/25/2018 | Butler, Patricia | 1 | Draft letter to court regarding motion for extension of time | 495.00 |
| 5/21/2018 | Widmann, Richard J. | 0.5 | Review CONCACAF Affidavits filed in EDNY litigation in connection with motion for default judgment | 337.50 |
| 5/21/2018 | Widmann, Richard J. | 0.75 | Conduct legal research regarding service of process and default judgments in EDNY | 506.25 |
| 5/21/2018 | Widmann, Richard J. | 0.5 | Call with P. Butler and P. McGowan regarding default judgment motions | 337.50 |
| 5/21/2018 | Butler, Patricia | 1.5 | Research in preparation for drafting the motion for default judgment | 742.50 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 5/21/2018 | Butler, Patricia | 1.75 | Draft motion for Blazer default judgment | 866.25 |
| 5/22/2018 | Widmann, Richard J. | 0.25 | Review research from P. Butler regarding service of process | 168.75 |
| 5/22/2018 | Butler, Patricia | 1.5 | Research in preparation for drafting the motion for default judgment | 742.50 |
| 5/22/2018 | Butler, Patricia | 0.25 | Draft Motion for Default Judgment | 123.75 |
| 5/23/2018 | Widmann, Richard J. | 0.5 | Review prior affidavits from process server regarding service of process of C. Blazer | 337.50 |
| 5/23/2018 | Butler, Patricia | 1.75 | Research in preparation for drafting the motion for default judgment | 866.25 |
| 5/24/2018 | Butler, Patricia | 1 | Draft Motion for Default | 495.00 |
| 5/24/2018 | Butler, Patricia | 0.75 | Research for Motion for Default | 371.25 |
| 6/11/2018 | Butler, Patricia | 1.5 | Research service of process issue | 742.50 |
| 6/18/2018 | Butler, Patricia | 0.5 | Research in order to draft motion for default | 247.50 |
| 6/18/2018 | Butler, Patricia | 0.5 | Draft motion for Blazer default | 247.50 |
| 6/19/2018 | Butler, Patricia | 0.5 | Research to draft motion for default judgment against Blazer | 247.50 |
| 6/19/2018 | Butler, Patricia | 2 | Draft motion for Blazer default | 990.00 |
| 6/20/2018 | Butler, Patricia | 1.25 | Draft motion for Blazer default | 618.75 |
| 6/20/2018 | Butler, Patricia | 2.75 | Further research in support of motion for default judgment | 1,361.25 |
| 6/22/2018 | Widmann, Richard J. | 0.75 | Review Motion for Default Judgment and begin drafting pre-motion letter | 506.25 |
| 6/25/2018 | Widmann, Richard J. | 1.25 | Draft premotion letter for default judgment for EDNY litigation against C. Blazer | 843.75 |
| 6/26/2018 | Kuster, John J. | 1 | Review research on default; review initial brief / background documents concerning same | 1,200.00 |
| 6/27/2018 | Widmann, Richard J. | 1.5 | Finalize C. Blazer premotion letter and exhibits | 1,012.50 |
| 6/27/2018 | Butler, Patricia | 0.5 | Revise pre-motion letter | 247.50 |
| 6/28/2018 | Kuster, John J. | 0.75 | Review and revise letter to Court re: Blazer | 900.00 |
| 6/29/2018 | Widmann, Richard J. | 0.5 | Call with P. Butler and finalize pre-motion letter; review case law for cite check and file. | 337.50 |
| 6/29/2018 | Butler, Patricia | 0.5 | Revise pre-motion letter | 247.50 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 6/29/2018 | Kuster, John J. | 0.5 | Review final version of letter to court re: Blazer default | 600.00 |
| 7/5/2018 | Widmann, Richard J. | 0.75 | Call with clerk regarding filing and redaction and meeting with P. Butler regarding CONCACAF letter for redaction; draft email for T. Strickland related to redaction | 506.25 |
| 7/6/2018 | Butler, Patricia | 0.75 | Draft letter to court regarding redaction issue | 371.25 |
| 7/27/2018 | Widmann, Richard J. | 1.5 | Review key filings and prepare for pre-motion conference in EDNY matter | 1,012.50 |
| 7/29/2018 | Widmann, Richard J. | 0.25 | Conduct research in anticipation of upcoming conference | 168.75 |
| 7/30/2018 | Widmann, Richard J. | 1.5 | Review filings and case law in preparation for conference before judge Kuntz. | 1,012.50 |
| 7/30/2018 | Widmann, Richard J. | 2 | Conduct legal research regarding motion for default and motion for substitution | 1,350.00 |
| 7/30/2018 | Butler, Patricia | 0.75 | Research regarding default judgment | 371.25 |
| 7/30/2018 | Butler, Patricia | 0.25 | Call with R. Widmann regarding default judgment conference | 123.75 |
| 7/30/2018 | Lee, William W. | 1 | Prepare documents for July 31, 2018 conference as per R. Widmann request | 275.00 |
| 7/31/2018 | Widmann, Richard J. | 2.5 | Court Conference for CONCACAF before Judge Kuntz | 1,687.50 |
| 7/31/2018 | Widmann, Richard J. | 1.5 | Review case law and premotion letter for conference | 1,012.50 |
| 7/31/2018 | Kuster, John J. | 3 | Prepare for and attend court hearing re: Blazer default and scheduling; review court order from New Jersey probate court | 3,600.00 |
| 8/10/2018 | Widmann, Richard J. | 1.75 | Review draft of default judgment motion brief and input edits and comments. | 1,181.25 |
| 8/10/2018 | Butler, Patricia | 1.75 | Revise Motion for Default Judgment | 866.25 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 8/10/2018 | Butler, Patricia | 1 | Additional research in order to draft Motion for Default Judgment | 495.00 |
| 8/13/2018 | Butler, Patricia | 0.5 | Research regarding clerk's certificate of default | 247.50 |
| 8/14/2018 | Widmann, Richard J. | 0.5 | Call with J. Kuster regarding Blazer probate and compile damages information in preparation for motion for default judgment; review default certificate | 337.50 |
| 8/14/2018 | Butler, Patricia | 0.5 | Draft certificate of default | 247.50 |
| 8/15/2018 | Widmann, Richard J. | 0.5 | Finalize Certificate of Default for C. Blazer | 337.50 |
| 8/15/2018 | Butler, Patricia | 0.5 | Draft certificate of default | 742.50 |
| 8/16/2018 | Widmann, Richard J. | 0.25 | Revise default certification for court | 168.75 |
| 8/24/2018 | Widmann, Richard J. | 1.25 | Finalize and file certificate of default for C. Blazer and the entities. | 843.75 |
| 8/24/2018 | Butler, Patricia | 0.25 | Draft email to docket for filing Request for Certificate of Default | 123.75 |
| 8/24/2018 | Butler, Patricia | 1 | Review documents for filing the Request for Certificate of Default | 495.00 |
| 8/27/2018 | Butler, Patricia | 1.5 | Revise Motion for Default Judgment | 742.50 |
| 8/28/2018 | Widmann, Richard J. | 1 | Finalize motion for default and conduct relevant research; emails to P. Butler regarding same | 675.00 |
| 8/28/2018 | Butler, Patricia | 2.75 | Revise papers for Blazer Default Judgment | 1,361.25 |
| 8/28/2018 | Butler, Patricia | 2.5 | Research issue preclusion for motion for default | 1,237.50 |
| 8/28/2018 | Butler, Patricia | 0.25 | Draft Notice of Motion | 123.75 |
| 8/29/2018 | Butler, Patricia | 0.75 | Revise papers for Blazer Default Judgment | 371.25 |
| 8/29/2018 | Butler, Patricia | 0.75 | Additional research re: potential defense issue for default judgment | 371.25 |
| 8/29/2018 | Butler, Patricia | 0.75 | Draft Declaration of J. Kuster for Motion for Default Judgment | 371.25 |
| 8/29/2018 | Butler, Patricia | 0.5 | Draft the Proposed Order of Default Judgment | 247.50 |
| 8/29/2018 | Kuster, John J. | 0.5 | Address certificate of default and review letter to court regarding same | 600.00 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 8/30/2018 | Widmann, Richard J. | 2.0 | Draft new certificate of default; conduct necessary research and call with J. Kuster re same | 1,350.00 |
| 8/30/2018 | Butler, Patricia | 1.5 | Revise papers in Support of Request for Certificate of Default | 742.50 |
| 8/30/2018 | Butler, Patricia | 1.25 | Research re: Certificate for Default | 618.75 |
| 8/30/2018 | Kuster, John J. | 1.5 | Address draft brief for default judgment; telephone call with R. Widmann re: same and certificate issue with clerk of court | 1,800.00 |
| 8/31/2018 | Widmann, Richard J. | 1.75 | Finalize motion for Blazer default and supporting exhibits and telephone call with J. Kuster re same | 1,181.25 |
| 8/31/2018 | Butler, Patricia | 0.5 | Research to assist with revisions to the Motion for Default Judgment | 247.50 |
| 8/31/2018 | Butler, Patricia | 3.25 | Revise documents for filing/serving Motion for Default | 1,608.75 |
| 8/31/2018 | Lee, William W. | 2 | Prepare Motion for Default and corresponding documents for filing as per P. Butler request | 550.00 |
| 8/31/2018 | Kuster, John J. | 1.5 | Finalize Blazer default judgment motion and telephone call with R. Widmann regarding certificate of default | 1,800.00 |
| 10/31/2018 | Butler, Patricia | 1 | Call with R. Widmann regarding extension letter; Draft extension letter; Revise extension letter | 495.00 |
| 11/1/2018 | Butler, Patricia | 0.5 | Revise motion for extension of time; review final draft of motion to extend time | 247.50 |
| 11/15/2018 | Widmann, Richard J. | 1 | Draft emails regarding certain evidence per J. Kuster request | 675.00 |
| 11/15/2018 | Widmann, Richard J. | 0.75 | Call with P. Butler regarding notice of extension; finalize notice of extension and file | 506.25 |
| 11/15/2018 | Butler, Patricia | 0.5 | Revise draft of letter request for extension of time | 247.50 |
| 12/12/2018 | Butler, Patricia | 0.5 | Draft motion for extension of time | 247.50 |
| 3/14/2019 | Savabi, Heidi | 1.25 | Draft request for certificate of default of Warner | 675.00 |
| 3/14/2019 | Savabi, Heidi | 1.75 | Research case law re new service of process issue | 945.00 |
| 3/18/2019 | Butler, Patricia | 0.25 | Review documents regarding service in Trinidad | 158.75 |
| 3/18/2019 | Kuster, John J. | 0.5 | Address Warner service documents and telephone conference with P. Butler regarding same | 637.50 |

# SIDLEY

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 3/21/2019 | Butler, Patricia | 1.5 | Draft certificate of default; research regarding certificate of default | 952.50 |
| 3/22/2019 | Kuster, John J. | 0.5 | Revise default papers re: Warner and telephone conference with P. Butler regarding same | 637.50 |
| 4/1/2019 | Kuster, John J. | 1.0 | Review emails re: issues concerning service on J. Warner; review application for default | 1,275.00 |
| 4/3/2019 | Lee, William W. | 2 | Prepare exhibits and cite-check request for Cert. of Default as per P. Butler request | 550.00 |
| 4/15/2019 | Butler, Patricia | 2 | Research in preparation for draft motion for default re: Warner | 1,270.00 |
| 4/17/2019 | Butler, Patricia | 0.75 | Call with P. Aravand regarding case status draft email agreements; Review agreements | 476.25 |
| 4/21/2019 | Butler, Patricia | 2.75 | Draft motion for Warner default | 1,746.25 |
| 4/27/2019 | Butler, Patricia | 2 | Revise motion for Warner default judgment | 1,270.00 |
| 4/28/2019 | Butler, Patricia | 0.75 | Revise motion for Warner default | 476.25 |
| 4/29/2019 | Aravand, Pouneh | 2.5 | Review and revise Warner default judgment motion | 2,225.00 |
| 5/1/2019 | Butler, Patricia | 1 | Draft additional documents in support of our motion for default judgment | 635.00 |
| 5/6/2019 | Aravand, Pouneh | 2.75 | Revise Warner default judgment motion papers | 2,447.50 |
| 5/7/2019 | Aravand, Pouneh | 1.5 | Review and revise default judgment motion; research case law | 1,335.00 |
| 5/8/2019 | Butler, Patricia | 3.25 | Revise motion for default; research additional cases for the motion for default; review rules regarding motion for default | 2,063.75 |
| 5/8/2019 | Lee, William W. | 1.5 | Prepare exhibits for Motion for Default as per P. Butler request | 412.50 |
| 5/9/2019 | Butler, Patricia | 2 | Draft declaration for Motion for Default | 1,270.00 |
| 5/9/2019 | Savabi, Heidi | 2.25 | Review and revise motion for default judgment re: Warner | 1,215.00 |
| 5/13/2019 | Aravand, Pouneh | 2 | Review and revise default judgment motion | 1,780.00 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 5/13/2019 | Aravand, Pouneh | 1.75 | Review additional research re default judgment issues and damages | 1,557.50 |
| 5/14/2019 | Butler, Patricia | 0.75 | Review motion for default documents | 476.25 |
| 5/14/2019 | Butler, Patricia | 1.5 | Revise motion for default; draft email to P. Aravand regarding motion for default judgment; draft email to docket regarding service; draft email to Cherie regarding service | 952.50 |
| 5/14/2019 | Butler, Patricia | 0.75 | Review cases in motion for default; review draft motion | 476.25 |
| 5/14/2019 | Thomas, Henry B. | 0.5 | Review brief and exhibits for P. Butler | 137.50 |
| 5/14/2019 | Aravand, Pouneh | 1 | Revise Warner default motion papers | 890.00 |
| 5/15/2019 | Aravand, Pouneh | 2.75 | Revise Warner default judgment motion | 2,447.50 |
| 5/20/2019 | Butler, Patricia | 1.5 | Review final motion papers; draft email to J. Kuster regarding motion for default | 952.50 |
| 5/21/2019 | Thomas, Henry B. | 0.5 | QC Table of Authorities for P. Butler | 137.50 |
| 5/29/2019 | Butler, Patricia | 2 | Reviewed and revised Warner default motion papers | 1,270.00 |
| 5/29/2019 | Butler, Patricia | 0.25 | Review J. Kuster edits to motion for default | 158.75 |
| 5/29/2019 | Kuster, John J. | 1.25 | Review and revise draft default judgment papers for Warner; emails with team regarding same | 1,593.75 |
| 5/30/2019 | Butler, Patricia | 1.75 | Revise Warner default motion papers | 1,111.25 |
| 5/30/2019 | Butler, Patricia | 0.25 | Review documents regarding Gold Cup scheme guilty plea | 158.75 |
| 5/31/2019 | Butler, Patricia | 2 | Research regarding Gold Cup scheme | 1,270.00 |
| 5/31/2019 | Butler, Patricia | 1 | Review motion papers in preparation for filing; prepare final motion papers | 635.00 |
| 5/31/2019 | Aravand, Pouneh | 2.5 | Review Warner default judgment papers | 2,225.00 |
| 6/3/2019 | Butler, Patricia | 1.25 | Revise Motion for Default briefing and accompanying documents | 793.75 |
| 6/3/2019 | Aravand, Pouneh | 1.5 | Review and revise Warner default judgment motion papers | 1,335.00 |

# SIDLEY

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 6/3/2019 | Kuster, John J. | 0.5 | Review Warner default judgment papers | 637.50 |
| 6/4/2019 | Butler, Patricia | 1.25 | Finalize motion papers for default against Warner | 793.75 |
| 6/4/2019 | Butler, Patricia | 0.75 | Correspond with docket regarding filing motion for default ; Correspond with H. Thomas regarding mailing motion papers | 476.25 |
| 6/4/2019 | Aravand, Pouneh | 1 | Coordinate filing of default judgment motion | 890.00 |
| 6/6/2019 | Kuster, John J. | 0.5 | Review issues concerning inquest / potential damages | 637.50 |
| 6/7/2019 | Butler, Patricia | 0.5 | Call with P. Aravand regarding order from J. Kuntz; prepare for hearing | 317.50 |
| 6/7/2019 | Aravand, Pouneh | 1 | Telephone call with P. Butler regarding default judgment hearing; review correspondence and papers | 890.00 |
| 6/10/2019 | Butler, Patricia | 1 | Meeting with P. Aravand regarding case status | 635.00 |
| 6/10/2019 | Aravand, Pouneh | 1.75 | Prepare for default judgment hearing; review filings; meeting with P. Butler re: same | 1,557.50 |
| 6/12/2019 | Butler, Patricia | 1.25 | Draft summary regarding claims and damages in preparation for hearing | 793.75 |
| 6/12/2019 | Aravand, Pouneh | 1.75 | Prepare for default judgment hearing | 1,557.50 |
| 6/13/2019 | Savabi, Heidi | 0.75 | Research re damages | 405.00 |
| 6/13/2019 | Savabi, Heidi | 0.75 | Research supporting documentation in support of motion for default judgment | 405.00 |
| 6/13/2019 | Thomas, Henry B. | 0.5 | Create binders for next week's hearing for P. Butler | 137.50 |
| 6/13/2019 | Aravand, Pouneh | 0.75 | Prepare for default judgment hearing; telephone call with J. Kuster, P. Butler re: same | 667.50 |
| 6/13/2019 | Kuster, John J. | 0.5 | Telephone call with P. Aravand and P. Butler re: motion for default judgment | 637.50 |
| 6/14/2019 | Savabi, Heidi | 2.25 | Research case law re damages issue in preparation for hearing re motion for default judgment | 1,215.00 |

# SIDLEY

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 6/14/2019 | Thomas, Henry B. | 2.5 | Create binders for P. Butler to prepare for next week's hearing | 687.50 |
| 6/15/2019 | Butler, Patricia | 2.75 | Draft damages evidence outline; review research analysis from H. Savabi re damages | 1,746.25 |
| 6/15/2019 | Savabi, Heidi | 2.25 | Research case law regarding pre-judgment interest and punitive damages | 1,215.00 |
| 6/17/2019 | Butler, Patricia | 2 | Review research analysis and follow up research for various legal issues re: damages | 1,270.00 |
| 6/17/2019 | Savabi, Heidi | 1.75 | Additional research re damages calculations | 945.00 |
| 6/18/2019 | Butler, Patricia | 2.5 | Research evidence supporting damages | 1,587.50 |
| 6/18/2019 | Savabi, Heidi | 2 | Review and analyze documents to support damages issue in preparation for hearing on default judgment motion | 1,080.00 |
| 6/18/2019 | Thomas, Henry B. | 2 | Update case law binder related to the Motion for Default for P. Butler; quality check motion for default and associated filings binder for P. Butler; organize damages evidence for P. Butler | 550.00 |
| 6/19/2019 | Butler, Patricia | 2 | Review documents for additional exhibits in support of damages | 1,270.00 |
| 6/19/2019 | Butler, Patricia | 0.75 | Revise claims analysis | 476.25 |
| 6/19/2019 | Savabi, Heidi | 0.75 | Review Blazer plea agreement in preparation for hearing on default judgment motion | 405.00 |
| 6/19/2019 | Thomas, Henry B. | 3.75 | Pull documents related to misappropriation of assets for P. Butler; tab out evidence outline and organize documents on sharedrive for P. Butler | 1,031.25 |
| 6/20/2019 | Butler, Patricia | 1.75 | Revise claims analysis; research regarding potential damages theories; review Blazer's forfeiture in support of damages | 1,111.25 |
| 6/20/2019 | Kuster, John J. | 1 | Review materials for strategy re:upcoming hearing / preparation for same; review damages analysis | 1,275.00 |
| 6/21/2019 | Butler, Patricia | 0.75 | QC claim analysis for hearing on motion for default judgment | 476.25 |
| 6/21/2019 | Butler, Patricia | 3.5 | Meet with P. Aravand regarding hearing preparation; draft inquest papers and reviewed evidence regarding same | 2,222.50 |
| 6/21/2019 | Savabi, Heidi | 3.25 | Research case law for memorandum of law in support of inquest for damages, attorney's fees, and pre- and post-judgment interest | 1,755.00 |
| 6/21/2019 | Aravand, Pouneh | 3 | Review complaint, motions and exhibits and cases for Warner default motion papers;; correspond with P. Butler re damages | 2,670.00 |

# SIDLEY

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 6/21/2019 | Aravand, Pouneh | 1.5 | Review case law relating to damages on default | 1,335.00 |
| 6/21/2019 | Aravand, Pouneh | 2 | Prepare for default judgment hearing; consult with chambers | 1,780.00 |
| 6/21/2019 | Kuster, John J. | 2.5 | Telephone call with Chambers regarding Warner default motion; review motion papers; analyze potential damages; telephone call with BDO re: affidavit regarding same | 3,187.50 |
| 6/22/2019 | Aravand, Pouneh | 3 | Prepare for default judgment hearing; review damages analysis and case law; consult with forensic accountant | 2,670.00 |
| 6/22/2019 | Butler, Patricia | 1.5 | Call with D. Ventricelli re: damages; research re: damages; draft Memorandum of Law in support of our Damages Inquest | 952.50 |
| 6/22/2019 | Savabi, Heidi | 3 | Research case law for memorandum of law in support of plaintiff's inquest for damages | 1,620.00 |
| 6/22/2019 | Kuster, John J. | 1.5 | Review background materials for upcoming hearing on motion for default; telephone conference with P. Aravand and D. Ventricelli regarding same; review cases re: damages | 1,912.50 |
| 6/23/2019 | Butler, Patricia | 3.5 | Draft papers in support of Damages Inquest | 2,222.50 |
| 6/23/2019 | Savabi, Heidi | 2.5 | Research case law in support of inquest for damages | 1,350.00 |
| 6/23/2019 | Aravand, Pouneh | 3 | Prepare for default judgment hearing; review damages analysis and case law; consult with forensic accountant; consult with J. Kuster, B. Carvalho re: strategy; prepare notes for potential argument | 2,670.00 |
| 6/23/2019 | Kuster, John J. | 2.75 | Review default motion papers and complaint; emails concerning default motion hearing; telephone call with D. Ventricelli re: damages; telephone conference with B. Carvalho and P. Aravand re: strategy for hearing / default judgment damages | 3,506.25 |
| 6/24/2019 | Butler, Patricia | 3 | Prepare for hearing on motion for default; meeting with J. Kuster and P. Aravand regarding hearing preparation; attend hearing; draft Memorandum of Law regarding damages | 1,905.00 |
| 6/24/2019 | Savabi, Heidi | 1.5 | Research case law for memorandum of law in support of plaintiff's inquest for damages | 810.00 |
| 6/24/2019 | Thomas, Henry B. | 1.5 | Finalize hard copy documents for P. Butler for hearing | 412.50 |
| 6/24/2019 | Aravand, Pouneh | 0.5 | Meet with team to discuss default judgment strategy | 445.00 |
| 6/24/2019 | Aravand, Pouneh | 2.5 | Travel to and from court and participate in hearing | 2,225.00 |

# SIDLEY

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 6/24/2019 | Aravand, Pouneh | 1.5 | Analyze damages theories; review case law; revise brief outline | 1,335.00 |
| 6/24/2019 | Aravand, Pouneh | 1.75 | Analysis and continue review of damages case law and facts | 1,557.50 |
| 6/24/2019 | Kuster, John J. | 2.25 | Prepare for and attend default judgment motion hearing; review additional materials for damages analysis | 2,868.75 |
| 6/25/2019 | Savabi, Heidi | 1.5 | Research case law for memorandum of law in support of inquest for damages | 810.00 |
| 6/25/2019 | Aravand, Pouneh | 3 | Review case law; meet with team members to discuss brief research and drafting tasks; draft sections of brief | 2,670.00 |
| 6/26/2019 | Savabi, Heidi | 3.5 | Draft section of memorandum of law in support of inquest for damages | 1,890.00 |
| 6/26/2019 | Aravand, Pouneh | 3.25 | Review case law, review and revise damages brief; review brief exhibits; draft sections of brief | 2,892.50 |
| 6/26/2019 | Kuster, John J. | 0.75 | Email to D. Cruz re: custodial affidavit; telephone call with P. Aravand re: status of default judgment inquest papers; review emails concerning same | 956.25 |
| 6/26/2019 | Kuster, John J. | 1 | Telephone conference with P. Aravand and P. Butler re: status of damages inquest papers; emails with D. Cruz and B. Carvalho; telephone call with BDO re: affidavit | 1,275.00 |
| 6/27/2019 | Savabi, Heidi | 2.75 | Additional research case law for memorandum of law in support of plaintiff's inquest for damages, attorney's fees, costs and pre- and post- judgment interest | 1,485.00 |
| 6/27/2019 | Aravand, Pouneh | 3.75 | Review and revise inquest damages brief; review and revise supporting affidavits; review exhibits | 3,337.50 |
| 6/27/2019 | Kuster, John J. | 1 | Review emails re: various issues regarding Warner default judgment damages; review BDO materials | 1,275.00 |
| 6/28/2019 | Aravand, Pouneh | 4 | Review and revise damages brief; review and revise supporting affidavits and factual support for damages | 3,560.00 |
| 6/28/2019 | Kuster, John J. | 3 | Revise brief re: inquest damages and affidavits concerning same; emails to team regarding same | 3,825.00 |
| 6/29/2019 | Aravand, Pouneh | 3 | Review and revise damages brief; review and revise supporting affidavits; review exhibits; correspond with team re: outstanding tasks and research questions | 2,670.00 |
| 6/30/2019 | Aravand, Pouneh | 2.75 | Review and revise Ventricelli affidavit, review and revise damages brief | 2,447.50 |
| 6/30/2019 | Kuster, John J. | 2 | Review and revise affidavits and briefs for default motion / damages inquest | 2,550.00 |
| | **TOTAL** | **380.50** | | **$ 264,436.25** |
| | **Less 10% Fee Discount** | | | **-26,443.63** |
| | **Adjusted Fees** | | | **$ 237,992.63** |



**Remit Check Paymen**ts To:  Remit Wire Payments To:
Sidley Austin LLP  Sidley Austin LLP
P.O. Box 0642  JPMorgan Chase Bank, NA
Chicago, Illinois  60690  Account Number: 5519624
  Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice