# EXHIBIT K

# ALM Intelligence

**2017 NLJ Billing Report**

**Source:** National Law Journal

**Category:** National Law Journal

ALM Legal Intelligence collected 2017 hourly billing rates for partners, associates and of counsel from the published rates in the 20 largest federal bankruptcy jurisdictions. High, low and average attorney billing rates are reported for 948 firms, in 31 states and the U.S. Territory Puerto Rico.

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Largest U.S. Office - City | State | NLJ 500 Rank 2017 | Partner Billing Rate Low | Partner Billing Rate High | Partner Billing Rate Avg | Associate Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Avg | Counsel Billing Rate Low | | Counsel Billing Rate Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Gibson, Dunn & Crutcher LLP | New York | NY | 17 | $925 | $1,195 | $1,150 | $250 | $875 | $685 | | | |
| 2017 | Paul Weiss Rifkind Wharton Garrison LLP | New York | NY | 28 | $1,220 | $1,395 | $1,320 | $820 | $1,040 | $995 | | | |
| 2017 | Simpson Thacher & Bartlett LLP | New York | NY | 27 | $1,340 | $1,360 | $1,350 | $740 | $1,080 | $900 | $1,115 | $1,170 | $1,143 |
| 2017 | Togut, Segal & Segal | New York | NY | | $875 | $990 | $933 | | | | | | |
| 2017 | Willkie Farr & Gallagher LLP | New York | NY | 74 | $1,150 | $1,425 | $1,350 | $625 | $965 | $800 | | | |

**Copyright 2016 ALM Media properties, LLC. All rights reserved.**    1    888-770-5647
www.alm.com