UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE CONFEDERATION OF NORTH, CENTRAL
AMERICAN AND CARIBBEAN ASSOCIATION
FOOTBALL,

                          Plaintiff,

                - against -

AUSTIN JACK WARNER, THE ESTATE OF
CHARLES BLAZER, ELIZABETH MANZO,
ESQ., Administrator CTA, substituted as parties on
behalf of CHARLES BLAZER,
SPORTVERTISING (NY), SPORTVERTISING
(CAYMAN), EN PASSANT LTD., EN
PASSANT INC., MULTISPORT GAMES
DEVELOPMENT INC.,
                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★   JUL 09 2019   ★

**BROOKLYN OFFICE**

<u>ORDER</u>

No. 1:17-CV-02304 (WFK) (SMG)

    The Court having entered a default judgment against defendant AUSTIN JACK WARNER and following an inquest by affidavit on damages submitted on July 3, 2019, it is hereby:

    ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff the Confederation of North, Central America, and Caribbean Association Football ("CONCACAF") and against Defendant Austin Jack Warner in the total amount of $79,146,771.75, plus post-judgment interest.

    This damages award is comprised of: a) compensatory damages in the amount of $21,406,426.29 (on CONCACAF's claim under 18 U.S.C. § 1962 *et seq.*, or alternatively on its breach of fiduciary duty and fraud claims), which trebled is equal to the amount of $64,219,278.87 (or, in the alternative, the amount after the Court's punitive damages award is included on CONCACAF's common law claims); b) pre-judgment interest in the amount of $14,689,500.25; and c) attorney's fees in the amount of $237,992.63.

Dated: New York, New York
    July 8, 2019

                                    s/William F. Kuntz, II
                              By: The Honorable William F. Kuntz II
                                United States District Court Judge